B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Cold 2005, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>FKA Colborne Corporation | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>36-0931200 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>28495 Ballard Dr.<br>Lake Forest, IL<br>ZIP Code 60045 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Lake | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** \*\*\* David J. Schwab 6204333 \*\*\*
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                  Page 2

| **Voluntary Petition** | Name of Debtor(s): Cold 2005, Inc. |
|---|---|
| *(This page must be completed and filed in every case)* | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s):<br>Cold 2005, Inc. |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X  /s/ David J. Schwab
Signature of Attorney for Debtor(s)

David J. Schwab 6204333
Printed Name of Attorney for Debtor(s)

Ralph, Schwab & Schiever, Chartered
Firm Name

175 East Hawthorn Parkway
Suite 345
Vernon Hills, IL 60061
Address

847-367-9699  Fax: 847-367-9621
Telephone Number

November 29, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Richard Hoskins
Signature of Authorized Individual

Richard Hoskins
Printed Name of Authorized Individual

President
Title of Authorized Individual

November 29, 2010
Date

```
AAA Metal
2902 W. Armitage Avenue
Chicago, IL 60647


Affiliated
2630 Eagle Way
Chicago, IL 60678-1026


AIN Plastics
300 County Line Road
Bensenville, IL 60106


AJ Hudson
907 W. Liberty Dr.
Wheaton, IL 60187-4846


AKT-1
P.O. Box 68425
Schaumburg, IL 60168-0425


Albert J. Olizi, Jr., Esquire
Mattleman, Weinroth & Miller, PC
401 Route 70 East, Suite 100
Cherry Hill, NJ 08034


Alenco Tool
4444 N. Elston Avenue
Chicago, IL 60630


Allied Electric
420 North Front
Suite 104
McHenry, IL 60050


Alro Specialty Metals
P.O. Box 641005
Detroit, MI 48264-1005


Ambius
P.O. Box 95409
Palatine, IL 60095-0409


Ammeraal Beltech
7501 N. St. Louis Ave.
Skokie, IL 60076
```

Anderson Pest
219 West Diversey
Elmhurst, IL 60126


Apex Industrial Automation
9030 Gage Ave.
Franklin Park, IL 60131


Aptura Machine Vision
3130 Soverign Dr.
Suite 5A
Lansing, MI 48911


Avidian Technologies
2053 152nd Ave. NE
Redmond, WA 98052


Awards & Engraving
332 N. Milwaukee Ave.
Libertyville, IL 60048-2238


Ballas Technical Staffing
999 Plaza Drive
Suite 705
Schaumburg, IL 60173


Bell, Boyd, Lloyd
Three First National Plaza
70 W. Madison St., Suite 3300
Chicago, IL 60602-4207


BJ Mold & Die Corp
780 Creel Dr.
Wood Dale, IL 60191


BPH Pump
4157 W. Orleans St.
McHenry, IL 60050


Braun Manufacturing
1350 Feehanville Dr.
Mount Prospect, IL 60056

Cal-Tronics Systems Inc.
729 Creel Dr.
Wood Dale, IL 60191


CAM Electronics Dist.
250 Clearbrook Rd.
Elmsford, NY 10523


Capehart & Scatchard, P.A.
8000 Midatlantic Dr.
Suite 300
Mount Laurel, NJ 08054


Carlton - Bates Company
3600 W. 69th St.
Little Rock, AR 72209


Catching Fluid
Dept. 77-3643
Chicago, IL 60678-3643


Champion Transportation
200 Champion Way
Northlake, IL 60164


Cheetah Staffing, LLC
Labor Finders
P.O. Box 1922
Rockford, IL 61110-0422


Chem Processing, Inc.
3910 Linden Oaks Dr.
Rockford, IL 61109-5552


Chem-Rite Products Co.
54 Lebaron St.
Waukegan, IL 60085-3093


Chicago Chain & Transmission
P.O. Box 3516
Oak Brook, IL 60522-3516

Chicago Office Technology Group
P.O. Box 5940
Lock Box #: 20-COE 001
Carol Stream, IL 60197-5940

Colmar Industrial Supplies LLC
310 Melvin Drive
Unit 21
Northbrook, IL 60062

Combined Fluid Products Co.
805 Oakwood Rd.
Lake Zurich, IL 60047-1551

Commercial Snow Control
2900 Soffel Avenue
Melrose Park, IL 60160

Control Designs
27864 Irma Lee Cr.
Unit 101
Lake Forest, IL 60045

Custom Blades & Tools
1084 Fairway Drive
Bensenville, IL 60106-1604

Custom Comp
94338 Eagle Way
Chicago, IL 60678-4338

D&K Machine
1080 W. Howard Ct.
Elk Grove Village, IL 60007

David Derasadourian
503 S. Edward St.
Mount Prospect, IL 60056

DBR Publishing Co, LLC
11375 E. 61st, #102
P.O. Box 470303
Tulsa, OK 74147

```
Defined Logistics Services
P.O. Box 5308
Glendale Heights, IL 60139


DHL Airway
P.O. Box 4723
Houston, TX 77210-4723


Distinctive Landscapes
P.O. Box 244
Libertyville, IL 60048


Duke Realty Services
4225 Naperville Road
Suite 150
Lisle, IL 60532


Eastwest Elastomer Group
P.O. Box 516
Montgomery, IL 60538


Efector
P.O. Box 8538-307
Philadelphia, PA 19171-0307


Electronic Machine Parts, LLC
400 Oser Ave.
Hauppauge, NY 11788


Englewood
3939 South Karlov Ave.
Chicago, IL 60632


ESPO
855 Midway Drive
Willow Brook, IL 60521


Esquire Deposition Services, LLC
9901 IH-10 West #630
San Antonio, TX 78230


Fed Ex Freight East
4103 Collection Center Drive
Chicago, IL 60693
```

```
Festo Corp
1441 E. Business Center Dr.
Mount Prospect, IL 60056


Flaster Greenberg
1810 Chapel Avenue West
Cherry Hill, NJ 08002


Flexicon Corporation
2400 Emrick Blvd.
Bethlehem, PA 18020-8006


Flodyne, Inc.
1000 Muirfield Dr.
Hanover Park, IL 60103


Flow Products
c/o Glenview State Bank
P.O. Box 128
Glenview, IL 60025


Fluid Power
110 Gordon
Elk Grove Village, IL 60007


Foodbiotics
28495 Ballard Drive
Lake Forest, IL 60045


Four Boys
5018 W. Fullerton Ave.
Chicago, IL 60639


Francotyp-Postalia, Inc.
P.O. Box 4272
Carol Stream, IL 60197-4272


Freedman & Taitelman, LLP
1901 Avenue of the Stars
Suite 500
Los Angeles, CA 90067-6007


General Surface Hardening
2108 W. Fulton St.
Chicago, IL 60612
```

George Jon Inc.
1400 W. Fulton St.
Chicago, IL 60607


Gordon & Karr LLP
150 N. Wacker Dr.
Suite 1650
Chicago, IL 60606


Gordon Brush Mfg. Co., Inc.
6247 Randolph St.
Commerce, CA 90040-3514


Grainger
Dept. 801538307
Palatine, IL 60038


Hartford Fire Insurance Company
P.O. Box 2024
Hartford, CT 06145-2024


Hoskins LLC
28495 Ballard Drive
Lake Forest, IL 60045


IAM National
P.O. Box 64341
Baltimore, MD 21264-4341


IL Machine Company
421 Harvester Court
Wheeling, IL 60090


IL Office of the State Fire Marshal
Div. of Boiler and Pressure Vessel
1035 Stevenson Dr.
Springfield, IL 62703


International Belt & Rubber Supply
4132 B Place NW
Auburn, WA 98001


Jantec Incorporated
1777 Northern Star Dr.
Traverse City, MI 49686-9244

```
Jefferson Pilot Financial Insurance
P.O. Box 0821
Carol Stream, IL 60132-0821


Jerico
41 N. Hillside Ave.
Hillside, IL 60162


Kent Systems, LLC
552 W. 66th St.
Loveland, CO 80538


Kiser Controls
7045 High Grove Blvd.
Burr Ridge, IL 60527


Lake Forest Bank
727 Bank Lane
Libertyville, IL 60048


Laner Muchin
515 N. State St.
Suite 2800
Chicago, IL 60654-4688


Laser Precision LLC
2400 Commerce Dr.
Libertyville, IL 60048


Lebda, Heidloff, Wonak & Co., Ltd.
755 McArdle Dr.
Crystal Lake, IL 60014


Lee Spring
140 58th St.
Brooklyn, NY 11220


Libertyville
200 E. Cook Ave.
Libertyville, IL 60048-2090


Liebovich
2116 Preston St.
Rockford, IL 61102
```

Lumenite
2331 N. 17th Ave.
Franklin Park, IL 60131


Lutz Sales
4675 Turnberry Dr.
Hanover Park, IL 60103


M&R Machine & Tool Inc.
257 Langton Lane
Bloomingdale, IL 60108


Mamacita, Inc.
c/o Dimonte & Lizak, LLC
216 W. Higgins Rd.
Park Ridge, IL 60068


Master Distributors
842 S. 7th St.
Louisville, KY 40203


Masterman's
P.O. Box 411
Auburn, MA 01501-0411


McMaster-Carr
600 County Line Rd.
Elmhurst, IL 60126-2081


MFR
P.O. Box 1450
Minneapolis, MN 55485


Mike's Anodizing
859 N. Spaulding Ave.
Chicago, IL 60651


MOL Industries
2532 Waldorf Court N.W.
Grand Rapids, MI 49544


Moore Howard/Fredericks Carroll
909 NE Loop, Suite 810
San Antonio, TX 78209-9161

```
Motion Ind
800 Glen Flora
Waukegan, IL 60085


MSC Industrial
P.O. Box 382-070
Pittsburgh, PA 15250-0870


National Plumbing & Heating Supply
28618 N. Ballard Dr.
Lake Forest, IL 60045


Nledax-Kleinhuis USA Inc.
2260 Westbrooke Dr., Bldg. K
Columbus, OH 43228


O'Halloran, Kosoff, Geitner & Cook
Edens Corporate Center
650 Dundee Rd., 4th Floor
Northbrook, IL 60062


Peer Bearing Company
135 S. LaSalle St.
Dept. 2286
Chicago, IL 60674-2286


Petco, Inc.
28041 N. Bradley Rd.
Lake Forest, IL 60045


Powermation
NW-8300, P.O. Box 1450
Unit B
Minneapolis, MN 55485


Pre-Paid Legal
P.O. Box 2629
Ada, OK 74821-2629


Premiere Overnite Copy Service
416 Dolorosa
San Antonio, TX 78204
```

```
Production Chemical Company, Inc.
9381 Schiller Blvd.
Franklin Park, IL 60131-2949


Reliance Standard Life Insurance Co
1100 E. Woodfield Rd.
Suite 437
Schaumburg, IL 60173


Revere Electric
8218 Solutions Center
Chicago, IL 60677-8002


Rich Hoskins
495 E. Deerpath Rd.
Lake Forest, IL 60045


Rob Dyslin
180 W. Half Day Rd.
Apt. 106
Buffalo Grove, IL 60089


RSA, Inc.
602 Sidwell Ct.
Suite A
Saint Charles, IL 60174


Rutland Tood & Supply
P.O. Box 31001-1902
Pasadena, CA 91110-1902


Saliba Ind
13885 W. Laurel Dr.
Lake Forest, IL 60045


Schneider National, Inc.
2567 Paysphere Circle
Chicago, IL 60674


Seton
20 Thompson Rd.
P.O. Box 819
Branford, CT 06405-0819
```

Siegling
918 Central Ave.
Wood Dale, IL 60191


Siko Products
P.O. Box 279
Dexter, MI 48130


Simon Roofing
P.O. Box 951109
Cleveland, OH 44193


SMX Power
3005 Avenida Simi
Simi Valley, CA 93063


Snelling
Snelling Personnel Services
P.O. Box 650765
Dallas, TX 75265-0765


Solus Industrial Innovations
30152 Aventura
Rancho Santa Margarita, CA 92688


Standard
2601 S. Archer
Chicago, IL 60608


Staples
Dept. Det P.O. Box 83689
Chicago, IL 60696-3689


State Supply Company, Inc.
597 E. Seventh St.
Saint Paul, MN 55101-2477


Sterling
6246 W. Joliet Rd.
Suite 6
Countryside, IL 60525

```
Stock Drive Products/Sterling
2101 Jericho Turnpike
P.O. Box 5416
New Hyde Park, NY 11042-5416


TAR-B Precision Machining Corp.
605 Country Club Dr.
Unit D
Bensenville, IL 60106


Tech Nickel
P.O. Box 1264
Benton Harbor, MI 49023-1264


Tennessee Commerce Bank
381 Mallory Station Road
Franklin, TN 37067


Terrace
710 N. Addison
Villa Park, IL 60181


Terrace
25 Waltz Drive
Wheeling, IL 60090


Tigmaster
9283 First St.
Baroda, MI 49101


Total Plastics
505 Busse Rd.
Elk Grove Village, IL 60007-2116


Tourtelot/Chromalox
P.O. Box 536435
Atlanta, GA 30353-6435


Travelers
CL Remittance Center
P.O. Box 42527
Hartford, CT 06183-1008
```

```
TW Metals
235 Tubeway Dr.
Carol Stream, IL 60188


Underwriters Laboratories Inc.
P.O. Box 75330
Chicago, IL 60675-5330


Universal
1523 West Hubbard Street
Chicago, IL 60642


UPS Freight
28013 Network Place
Chicago, IL 60673-1280


Veolia ES Solid Waste Midwest
P.O. Box 6484
Carol Stream, IL 60197-6484


Vermillion Iron Works
P.O. Box 27
Hoopeston, IL 60942


Walden Industries, Inc.
245 Kohl Dr.
Lake Bluff, IL 60044


Weimer Bearings
P.O. Box 667
Menomonee Falls, WI 53052


YZ
1930 Indian Wood Circle
Maumee, OH 43537
```