Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-52802 ABG  
**Case Name:** COLD 2005, INC.  

**Period Ending:** 12/31/15

**Trustee:** (330290)    ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 11/29/10 (f)  
**§341(a) Meeting Date:** 01/20/12  
**Claims Bar Date:** 05/01/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2005 Lexus LS430 Titled jointly with Richard Hos<br>Orig. Asset Memo: Imported from original petition Doc# 35  (See Footnote) | 13,500.00 | 13,500.00 | | 0.00 | 13,500.00 |
| 2 | None - All assets foreclosed by Lake Forest Bank<br>Orig. Asset Memo: Imported from original petition Doc# 35 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | None - All assets foreclosed by Lake Forest Bank<br>Orig. Asset Memo: Imported from original petition Doc# 35 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | None - All assets foreclosed by Lake Forest Bank<br>Orig. Asset Memo: Imported from original petition Doc# 35 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | LITIGATION ON ASSET TRANSFERS ETC  (u)<br>tHERE IS PENDING A LAWSUIT IN DISTRICT COURT SURROUNDING THE CIRCUMSTANCES OF ASSET TRANFER FROM THE DEBTOR TO A NEW ENTITY. (See Footnote) | Unknown | Unknown | | 539,000.00 | FA |
| **5** | **Assets**     **Totals**  (Excluding unknown values) | **$13,500.00** | **$13,500.00** | | **$539,000.00** | **$13,500.00** |

RE PROP# 1     STATUS:  This case involved a very complicated lawsuit which has only been settled in 2014.  Due to the size of the debt the Trustee made a determination that this vehicle would have no significant impact on a distribution if no other funds were to come in as their were over $4 million of claims filed.  The litigation case has now been resolved  and the Trustee will now determine if its worth pursuing this asset.  If it is not the Trustee will file a Motion to Abandon.

RE PROP# 5     STATUS: THE TRUSTEE BECAME THE SUCCESSOR TRUSTEE TO MARIAM STEIN ON DECEMBER 15, 2011.  THE TRUSTEE

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-52802 ABG
**Case Name:** COLD 2005, INC.

**Period Ending:** 12/31/15

**Trustee:** (330290)   ILENE F. GOLDSTEIN
**Filed (f) or Converted (c):** 11/29/10 (f)
**§341(a) Meeting Date:** 01/20/12
**Claims Bar Date:** 05/01/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

FILED A MOTION TO TSETTLE THIS CAUSE OF ACTION AND IT WAS HEARD ON JANUARY 31, 2014.

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE SETTLED A LARGE LITIGATION AGAINST A SUCCESSOR COMPANY IN THE DISTRICT COURT. THE PAYOUT ON THE SETTLEMENT INITIALLY SPANED 24 MONTHS WITH A FINAL PAYMENT MIDYEAR 2016. THE TRUSTEE HAS RECENTLY RESOLVED AND COLLECTED THE REMAINING BALANCE RECEIVING THE FUNDS ON DECEMBER 8, 2015. THE TRUSTEE HAS FILED TAX RETURNS AND HAS ONE REMAINING FINAL TAX RETURN TO FILE NOW THAT ALL THE FUNDS HAVE BEEN RECEIVED. THE TRUSTEE IS NOW ANALYZING CLAIMS AND REVIEWING THE FINAL FEE PETITION OF SPECIAL COUNSEL AND THEN WILL BE ABLE TO CLOSE THE ESTATE.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013    **Current Projected Date Of Final Report (TFR):** August 30, 2016

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-52802 ABG  
**Case Name:** COLD 2005, INC.  

**Taxpayer ID #:** **-***1200  
**Period Ending:** 12/31/15  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0266 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/14 | {5} | Colburne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 100,000.00 | | 100,000.00 |
| 03/12/14 | 101 | Y Z Enterprises, Inc | Settlement Payment per Court Order | 4220-000 | | 91,250.00 | 8,750.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.59 | 8,711.41 |
| 04/08/14 | {5} | Colborn | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 18,711.41 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.91 | 18,687.50 |
| 05/01/14 | {5} | Colurne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 28,687.50 |
| 05/30/14 | {5} | Colburn | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 38,687.50 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.78 | 38,646.72 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.73 | 38,592.99 |
| 07/01/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 48,592.99 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.45 | 48,517.54 |
| 08/05/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 58,517.54 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.96 | 58,438.58 |
| 09/05/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 68,438.58 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.64 | 68,336.94 |
| 10/01/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 78,336.94 |
| 10/31/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 88,336.94 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.95 | 88,220.99 |

**Subtotals:** $180,000.00   $91,779.01

{} Asset reference(s)

Printed: 01/18/2016 09:53 AM   V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-52802 ABG  
**Case Name:** COLD 2005, INC.  

**Taxpayer ID #:** \*\*-\*\*\*1200  
**Period Ending:** 12/31/15

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*0266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/28/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 114.20 | 88,106.79 |
| 12/01/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 |  | 98,106.79 |
| 12/31/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 158.01 | 97,948.78 |
| 01/02/15 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 |  | 107,948.78 |
| 01/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 154.30 | 107,794.48 |
| 02/02/15 | {5} | Colborne | Acct #001; Payment #11; Settlement Payment | 1249-000 | 10,000.00 |  | 117,794.48 |
| 02/27/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 156.69 | 117,637.79 |
| 03/02/15 | {5} | Colborne | Acct #001; Payment #12; Settlement of Law suit | 1249-000 | 10,000.00 |  | 127,637.79 |
| 03/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 194.38 | 127,443.41 |
| 04/01/15 | {5} | Colborne | Acct #001; Payment #13; Settlemtnt Proceeds | 1249-000 | 12,000.00 |  | 139,443.41 |
| 04/03/15 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #10-52802, Bond | 2300-000 |  | 69.75 | 139,373.66 |
| 04/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 199.96 | 139,173.70 |
| 05/01/15 | {5} | Colborne | Acct #001; Payment #14; Settlement payment | 1249-000 | 12,000.00 |  | 151,173.70 |
| 05/29/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 209.61 | 150,964.09 |
| 06/01/15 | {5} | Colorne | Acct #001; Payment #15; Settlement | 1249-000 | 12,000.00 |  | 162,964.09 |
| 06/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 248.29 | 162,715.80 |
| 07/01/15 | {5} | Colborne | Acct #001; Payment #16; SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 12,000.00 |  | 174,715.80 |
| 07/31/15 | {5} | Colborne | Acct #001; Payment #17; SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 12,000.00 |  | 186,715.80 |

 **Subtotals :**     **$100,000.00**     **$1,505.19**

{} Asset reference(s)                      Printed: 01/18/2016 09:53 AM     V.13.25

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-52802 ABG
**Case Name:** COLD 2005, INC.

**Taxpayer ID #:** **-***1200
**Period Ending:** 12/31/15

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** Rabobank, N.A.
**Account:** ******0266 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 259.10 | 186,456.70 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 259.25 | 186,197.45 |
| 09/01/15 | {5} | Colborne | Acct #001; Payment #18; Settlement from Debtor | 1249-000 | 12,000.00 | | 198,197.45 |
| 09/15/15 | 103 | ILLINOIS DEPARTMENT OF REVENUE | Taxes | 2820-000 | | 2,309.00 | 195,888.45 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 301.38 | 195,587.07 |
| 10/01/15 | {5} | Colborne | Acct #001; Payment #19; Settlement from Debtor | 1249-000 | 12,000.00 | | 207,587.07 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 298.00 | 207,289.07 |
| 11/02/15 | {5} | Colbourne | Acct #001; Payment #20; SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 12,000.00 | | 219,289.07 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 303.17 | 218,985.90 |
| 12/01/15 | {5} | Colborne | Acct #001; Payment #21; SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 12,000.00 | | 230,985.90 |
| 12/08/15 | | COLBORNE | Acct #001; Payment #22, 23, 24, 25; SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | | 211,000.00 | | 441,985.90 |
| | {5} | | Acct #001; Payment #22;  12,000.00 SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | | | 441,985.90 |
| | {5} | | Acct #001; Payment #23;  12,000.00 SETTLEMENT FROM DEBTOR FOR | 1249-000 | | | 441,985.90 |

| | | | | Subtotals : | $259,000.00 | $3,729.90 | |

{} Asset reference(s)

Printed: 01/18/2016 09:53 AM     V.13.25

## Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-52802 ABG  
**Case Name:** COLD 2005, INC.  

**Taxpayer ID #:** **-***1200  
**Period Ending:** 12/31/15  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0266 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | FRAUDULENT TRANSFERS | | | | |
| | {5} | | Acct #001; Payment #24;    12,000.00<br>SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | | | 441,985.90 |
| | {5} | | Acct #001; Payment #25;    175,000.00<br>SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | | | 441,985.90 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 596.44 | 441,389.46 |
| | | | **ACCOUNT TOTALS** | | 539,000.00 | 97,610.54 | **$441,389.46** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 539,000.00 | 97,610.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$539,000.00** | **$97,610.54** | |

{} Asset reference(s)

Printed: 01/18/2016 09:53 AM    V.13.25

## Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 10-52802 ABG
**Case Name:** COLD 2005, INC.

**Taxpayer ID #:** **-***1200
**Period Ending:** 12/31/15

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** Rabobank, N.A.
**Account:** ******0266 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | **Net Receipts** | **Net Disbursements** | **Account Balances** |
| | | | **Checking # ******0266** | | 539,000.00 | 97,610.54 | 441,389.46 |
| | | | | | **$539,000.00** | **$97,610.54** | **$441,389.46** |

{} Asset reference(s)

Printed: 01/18/2016 09:53 AM     V.13.25