# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: COLD 2005, INC. § Case No. 10-52802-ABG
§
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 29, 2010. The undersigned trustee was appointed on December 15, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $       539,000.00

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 91,250.00 |
| Administrative expenses | 262,987.52 |
| Bank service fees | 7,165.41 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 177,597.07 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/01/2014 and the deadline for filing governmental claims was 05/28/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $30,200.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $30,200.00, for a total compensation of $30,200.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/08/2016     By: /s/ILENE F. GOLDSTEIN
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-52802-ABG  **Trustee:** (330290) ILENE F. GOLDSTEIN
**Case Name:** COLD 2005, INC.  **Filed (f) or Converted (c):** 11/29/10 (f)
 **§341(a) Meeting Date:** 01/20/12
**Period Ending:** 09/08/16  **Claims Bar Date:** 05/01/14

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  2005 Lexus LS430 Titled jointly with Richard Hos  Orig. Asset Memo: Imported from original petition Doc# 35  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 2  None - All assets foreclosed by Lake Forest Bank  Orig. Asset Memo: Imported from original petition Doc# 35 | 0.00 | 0.00 | | 0.00 | FA |
| 3  None - All assets foreclosed by Lake Forest Bank  Orig. Asset Memo: Imported from original petition Doc# 35 | 0.00 | 0.00 | | 0.00 | FA |
| 4  None - All assets foreclosed by Lake Forest Bank  Orig. Asset Memo: Imported from original petition Doc# 35 | 0.00 | 0.00 | | 0.00 | FA |
| 5  LITIGATION ON ASSET TRANSFERS ETC  (u)  tHERE IS PENDING A LAWSUIT IN DISTRICT COURT SURROUNDING THE CIRCUMSTANCES OF ASSET TRANFER FROM THE DEBTOR TO A NEW ENTITY.  (See Footnote) | Unknown | Unknown | | 539,000.00 | FA |
| 6  asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 6  Assets   Totals (Excluding unknown values) | $0.00 | $0.00 | | $539,000.00 | $0.00 |

RE PROP# 1  STATUS:  This case involved a very complicated lawsuit which has only been settled in 2014.  Due to the size of the debt the Trustee made a determination that this vehicle would have no significant impact on a distribution if no other funds were to come in as their were over $4 million of claims filed.  The litigation case has now been resolved  and the Trustee will now determine if its worth pursuing this asset.  If it is not the Trustee will file a Motion to Abandon.

RE PROP# 5   STATUS: THE TRUSTEE BECAME THE SUCCESSOR TRUSTEE TO MARIAM STEIN ON DECEMBER 15, 2011.  THE TRUSTEE FILED A MOTION TO TSETTLE THIS CAUSE OF ACTION AND IT WAS HEARD ON JANUARY 31, 2014.

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE SETTLED A LARGE LITIGATION AGAINST A SUCCESSOR COMPANY IN THE DISTRICT COURT.  THE PAYOUT ON THE SETTLEMENT INITIALLY SPANED 24 MONTHS WITH A FINAL PAYMENT MIDYEAR 2016.  THE TRUSTEE HAS RECENTLY RESOLVED AND COLLECTED THE REMAINING BALANCE RECEIVING THE FUNDS ON DECEMBER 8, 2015.   THE TRUSTEE HAS FILED TAX RETURNS AND HAS ONE REMAINING FINAL TAX RETURN TO FILE NOW THAT ALL THE FUNDS HAVE BEEN RECEIVED.  THE TRUSTEE IS NOW ANALYZING CLAIMS AND REVIEWING THE FINAL FEE PETITION OF SPECIAL COUNSEL AND THEN WILL BE ABLE TO CLOSE THE ESTATE.

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-52802-ABG  
**Case Name:** COLD 2005, INC.

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 11/29/10 (f)  
**§341(a) Meeting Date:** 01/20/12

**Period Ending:** 09/08/16

**Claims Bar Date:** 05/01/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2013  
**Current Projected Date Of Final Report (TFR):** August 30, 2016

Case 10-52802   Doc 178   Filed 09/08/16   Entered 09/08/16 11:13:52   Desc Main
          Document      Page 5 of 16

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-52802-ABG  
**Case Name:** COLD 2005, INC.  

**Taxpayer ID #:** **-***1200  
**Period Ending:** 09/08/16  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/14 | {5} | Colburne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 100,000.00 | | 100,000.00 |
| 03/12/14 | 101 | Y Z Enterprises, Inc | Settlement Payment per Court Order | 4220-000 | | 91,250.00 | 8,750.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.59 | 8,711.41 |
| 04/08/14 | {5} | Colborn | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 18,711.41 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.91 | 18,687.50 |
| 05/01/14 | {5} | Colurne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 28,687.50 |
| 05/30/14 | {5} | Colburn | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 38,687.50 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.78 | 38,646.72 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.73 | 38,592.99 |
| 07/01/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 48,592.99 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.45 | 48,517.54 |
| 08/05/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 58,517.54 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.96 | 58,438.58 |
| 09/05/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 68,438.58 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.64 | 68,336.94 |
| 10/01/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 78,336.94 |
| 10/31/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 88,336.94 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.95 | 88,220.99 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.20 | 88,106.79 |
| 12/01/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 98,106.79 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.01 | 97,948.78 |
| 01/02/15 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 107,948.78 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 154.30 | 107,794.48 |
| 02/02/15 | {5} | Colborne | Acct #001; Payment #11; Settlement Payment | 1249-000 | 10,000.00 | | 117,794.48 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 156.69 | 117,637.79 |
| 03/02/15 | {5} | Colborne | Acct #001; Payment #12; Settlement of Law suit | 1249-000 | 10,000.00 | | 127,637.79 |

Subtotals : $220,000.00   $92,362.21

{} Asset reference(s)

Printed: 09/08/2016 10:09 AM    V.13.28

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-52802-ABG  
**Case Name:** COLD 2005, INC.  

**Taxpayer ID #:** **-***1200  
**Period Ending:** 09/08/16  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.38 | 127,443.41 |
| 04/01/15 | {5} | Colborne | Acct #001; Payment #13; Settlemtnt Proceeds | 1249-000 | 12,000.00 | | 139,443.41 |
| 04/03/15 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #10-52802, Bond | 2300-000 | | 69.75 | 139,373.66 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.96 | 139,173.70 |
| 05/01/15 | {5} | Colborne | Acct #001; Payment #14; Settlement payment | 1249-000 | 12,000.00 | | 151,173.70 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.61 | 150,964.09 |
| 06/01/15 | {5} | Colorne | Acct #001; Payment #15; Settlement | 1249-000 | 12,000.00 | | 162,964.09 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 248.29 | 162,715.80 |
| 07/01/15 | {5} | Colborne | Acct #001; Payment #16; SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 12,000.00 | | 174,715.80 |
| 07/31/15 | {5} | Colborne | Acct #001; Payment #17; SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 12,000.00 | | 186,715.80 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 259.10 | 186,456.70 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 259.25 | 186,197.45 |
| 09/01/15 | {5} | Colborne | Acct #001; Payment #18; Settlement from Debtor | 1249-000 | 12,000.00 | | 198,197.45 |
| 09/15/15 | 103 | ILLINOIS DEPARTMENT OF REVENUE | Taxes | 2820-000 | | 2,309.00 | 195,888.45 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 301.38 | 195,587.07 |
| 10/01/15 | {5} | Colborne | Acct #001; Payment #19; Settlement from Debtor | 1249-000 | 12,000.00 | | 207,587.07 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 298.00 | 207,289.07 |
| 11/02/15 | {5} | Colbourne | Acct #001; Payment #20; SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 12,000.00 | | 219,289.07 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 303.17 | 218,985.90 |
| 12/01/15 | {5} | Colborne | Acct #001; Payment #21; SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 12,000.00 | | 230,985.90 |
| 12/08/15 | | COLBORNE | Acct #001; Payment #22, 23, 24, 25; SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | | 211,000.00 | | 441,985.90 |
| | {5} | | Acct #001; Payment #22;    12,000.00 SETTLEMENT FROM | 1249-000 | | | 441,985.90 |

Subtotals :       $319,000.00       $4,651.89

{} Asset reference(s)                                                Printed: 09/08/2016 10:09 AM    V.13.28

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-52802-ABG  
**Case Name:** COLD 2005, INC.  

**Taxpayer ID #:** **-***1200  
**Period Ending:** 09/08/16  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | DEBTOR FOR FRAUDULENT TRANSFERS | | | | |
| | {5} | | Acct #001; Payment #23;  12,000.00 SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | | | 441,985.90 |
| | {5} | | Acct #001; Payment #24;  12,000.00 SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | | | 441,985.90 |
| | {5} | | Acct #001; Payment #25;  175,000.00 SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | | | 441,985.90 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 596.44 | 441,389.46 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 612.09 | 440,777.37 |
| 02/22/16 | 104 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #10-52802 | 2300-000 | | 202.20 | 440,575.17 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 611.18 | 439,963.99 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 694.32 | 439,269.67 |
| 04/13/16 | 105 | Mr. Richard DiMonte | Attorney Fees Special Counsel | 3210-600 | | 249,452.85 | 189,816.82 |
| 04/13/16 | 106 | Mr. Richard DiMonte | Attorney Fees Special Cousel Expenses | 3220-610 | | 9,814.72 | 180,002.10 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 477.89 | 179,524.21 |
| 05/27/16 | 107 | Illinois Department of Revenue | Income Tax | 2820-000 | | 1,139.00 | 178,385.21 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 260.19 | 178,125.02 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 281.36 | 177,843.66 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 246.59 | 177,597.07 |
| | | | **ACCOUNT TOTALS** | | 539,000.00 | 361,402.93 | **$177,597.07** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 539,000.00 | 361,402.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$539,000.00** | **$361,402.93** | |

{} Asset reference(s)

Printed: 09/08/2016 10:09 AM    V.13.28

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-52802-ABG | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** COLD 2005, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******0266 - Checking Account |
| **Taxpayer ID #:** **-***1200 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 09/08/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts :    539,000.00 | | | | | |
| | | ─────────── | | | | | |
| | | Net Estate :    $539,000.00 | | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0266** | 539,000.00 | 361,402.93 | 177,597.07 |
| | $539,000.00 | $361,402.93 | $177,597.07 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2014

**Case Number:** 10-52802-ABG  
**Debtor Name:** COLD 2005, INC.

Page: 1

**Date:** September 8, 2016  
**Time:** 10:09:06 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $27,700.00 | $0.00 | 27,700.00 |
| 200 | PBG Financial Services Inc<br>666 Dunde Road<br>Suite 401<br>Northbrook, IL 60062 | Admin Ch. 7 | | $7,793.75 | $0.00 | 7,793.75 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $31,045.00 | $0.00 | 31,045.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $113.63 | $0.00 | 113.63 |
| 200 | Miriam Srein | Admin Ch. 7 | | $2,500.00 | $0.00 | 2,500.00 |
| 1 610 | I.A.M. National Pension Fund<br>Attn: Joseph P. Martocci Jr.<br>1300 Connecticut Avenue, NW, Suite 300<br>Washington, DC 20036 | Unsecured | History: Details1-112/15/2010Claim #1 filed by I.A.M. National Pension Fund, Amount claimed: $28439.90 (Gonzalez, Maribel )<br>--------------------------------------------------------------------------------* * * | $28,439.90 | $0.00 | 28,439.90 |
| 2 610 | I.A.M. National Pension Fund<br>Attn: Joseph P. Martocci Jr.<br>1300 Connecticut Avenue, NW, Suite 300<br>Washington, DC 20036 | Unsecured | History: Details2-112/15/2010Claim #2 filed by I.A.M. National Pension Fund, Amount claimed: $7092.10 (Gonzalez, Maribel )<br>--------------------------------------------------------------------------------* * * | $7,092.10 | $0.00 | 7,092.10 |
| 3 610 | Siko Products<br>P.O. Box 279<br>Dexter, MI 48130 | Unsecured | History: Details3-102/04/2011Claim #3 filed by Siko Products, Amount claimed: $265.50 (Williams, Daphne )<br>--------------------------------------------------------------------------------* * * | $265.50 | $0.00 | 265.50 |
| 4 610 | Liebovich<br>2116 Preston St.<br>Rockford, IL 61102 | Unsecured | History: Details4-102/07/2011Claim #4 filed by Liebovich, Amount claimed: $3245.09 (Williams, Daphne )<br>--------------------------------------------------------------------------------* * * | $3,245.09 | $0.00 | 3,245.09 |
| 5 610 | Underwriters Laboratories Inc<br>c/o Legal Department<br>333 Pfingsten Road<br>Northbrook, IL 60062 | Unsecured | History: Details5-102/09/2011Claim #5 filed by Underwriters Laboratories Inc, Amount claimed: $4049.00 (Gonzalez, Maribel )<br>--------------------------------------------------------------------------------* * * | $4,049.00 | $0.00 | 4,049.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2014

**Case Number:** 10-52802-ABG  
**Debtor Name:** COLD 2005, INC.

Page: 2

**Date:** September 8, 2016  
**Time:** 10:09:06 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6<br>610 | Kiser Controls<br>7045 High Grove Blvd.<br>Burr Ridge, IL 60527 | Unsecured | History: Details6-102/14/2011Claim #6 filed by Kiser Controls, Amount claimed: $843.65 (Williams, Daphne )<br>-------------------------------------------------------------------------------\* \* \* | $843.65 | $0.00 | 843.65 |
| 7<br>610 | Weimer Bearing & Transmission Inc<br>P.O. Box 667<br>Menomonee Falls, WI 53052 | Unsecured | History: Details7-102/17/2011Claim #7 filed by Weimer Bearing & Transmission Inc, Amount claimed: $5869.96 (Williams, Daphne )<br>-------------------------------------------------------------------------------\* \* \* | $5,869.96 | $0.00 | 5,869.96 |
| 8<br>610 | BJ Mold & Die Corp<br>780 Creel Dr.<br>Wood Dale, IL 60191 | Unsecured | History: Details8-102/17/2011Claim #8 filed by BJ Mold & Die Corp, Amount claimed: $5100.00 (Williams, Daphne )<br>-------------------------------------------------------------------------------\* \* \* | $5,100.00 | $0.00 | 5,100.00 |
| 9<br>610 | Gordon & Karr LLP a/k/a Karr & Eggert, LLP<br>2610 Lake Cook Road<br>Suite 200<br>Riverwoods, IL 60015 | Unsecured | History: Details9-102/25/2011Claim #9 filed by Gordon & Karr LLP, Amount claimed: $24980.81 (Williams, Daphne )<br>-------------------------------------------------------------------------------\* \* \*<br>9-2 03/11/2016 Amended Claim #9 filed by Gordon & Karr LLP, Amount claimed: $24980.81 (Goldstein, Ilene )   For additional information on name and address change. | $24,980.81 | $0.00 | 24,980.81 |
| 10<br>610 | Fluid Power<br>110 Gordon<br>Elk Grove Village, IL 60007 | Unsecured | History: Details10-102/28/2011Claim #10 filed by Fluid Power, Amount claimed: $1965.28 (Gonzalez, Maribel )<br>-------------------------------------------------------------------------------\* \* \* | $1,965.28 | $0.00 | 1,965.28 |
| 11<br>610 | Chicago Chain & Transmission<br>P.O. Box 3516<br>Oak Brook, IL 60522-3516 | Unsecured | History: Details11-102/28/2011Claim #11 filed by Chicago Chain & Transmission, Amount claimed: $1552.51 (Gonzalez, Maribel )<br>-------------------------------------------------------------------------------\* \* \* | $1,552.51 | $0.00 | 1,552.51 |
| 12<br>610 | Foodbiotics<br>28495 Ballard Drive<br>Lake Forest, IL 60045 | Unsecured | History: Details12-103/07/2011Claim #12 filed by Foodbiotics, Amount claimed: $158000.00 (Gonzalez, Maribel )<br>-------------------------------------------------------------------------------\* \* \*<br>163 02/24/2016 Withdrawal of Claim(s): 12 Filed by Ilene F Goldstein ESQ on behalf of Foodbotics, Inc.. (Goldstein, Ilene)<br>  167 03/02/2016 Withdrawal of Claim(s): 12 Filed by Ilene F Goldstein ESQ on behalf of Foodbiotics. (Goldstein, Ilene) | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2014

**Case Number:** 10-52802-ABG  
**Debtor Name:** COLD 2005, INC.

Page: 3

**Date:** September 8, 2016  
**Time:** 10:09:06 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13 610 | Hoskins LLC<br>28495 Ballard Drive<br>Lake Forest, IL 60045 | Unsecured | History: Details13-103/08/2011Claim #13 filed by Hoskins LLC, Amount claimed: $760000.00 (Gonzalez, Maribel )<br>--------------------------------------------------------------------------------* * *<br>165 03/02/2016 Withdrawal of Claim(s): 13 Filed by Ilene F Goldstein ESQ on behalf of Hoskins, LLC. (Goldstein, Ilene) | $0.00 | $0.00 | 0.00 |
| 14 610 | Rich Hoskins<br>495 E. Deerpath Rd.<br>Lake Forest, IL 60045 | Unsecured | History: Details14-103/14/2011Claim #14 filed by Rich Hoskins, Amount claimed: $915000.00 (Gonzalez, Maribel )<br>--------------------------------------------------------------------------------* * *<br>166 03/02/2016 Withdrawal of Claim(s): 14 Filed by Ilene F Goldstein ESQ on behalf of Rich Hoskins. (Goldstein, Ilene | $0.00 | $0.00 | 0.00 |
| 15 610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | History: Details15-103/16/2011Claim #15 filed by American Express Bank, FSB, Amount claimed: $33944.10 (Lee, Thomas )<br>--------------------------------------------------------------------------------* * * | $33,944.10 | $0.00 | 33,944.10 |
| 16 610 | FedEx Freight Inc<br>PO Box 840<br>Harrison, AR 72602 | Unsecured | History: Details16-103/17/2011Claim #16 filed by FedEx Freight Inc, Amount claimed: $414.52 (Gonzalez, Maribel )<br>--------------------------------------------------------------------------------* * * | $414.52 | $0.00 | 414.52 |
| 17 610 | Walden Industries, Inc.<br>245 Kohl Dr.<br>Lake Bluff, IL 60044 | Unsecured | History: Details17-103/30/2011Claim #17 filed by Walden Industries, Inc., Amount claimed: $894.80 (Gonzalez, Maribel )<br>--------------------------------------------------------------------------------* * * | $894.80 | $0.00 | 894.80 |
| 18 610 | Ammeraal Beltech Inc<br>7501 N. St. Louis Ave.<br>Skokie, IL 60076 | Unsecured | History: Details18-103/30/2011Claim #18 filed by Ammeraal Beltech Inc, Amount claimed: $1429.10 (Gonzalez, Maribel )<br>--------------------------------------------------------------------------------* * * | $1,429.10 | $0.00 | 1,429.10 |
| 19 610 | Tigmaster<br>9283 First St.<br>Baroda, MI 49101 | Unsecured | History: Details19-104/01/2011Claim #19 filed by Tigmaster, Amount claimed: $1789.66 (Gonzalez, Maribel )<br>--------------------------------------------------------------------------------* * * | $1,789.66 | $0.00 | 1,789.66 |
| 20 610 | Phils Cake Box Bakeries Inc<br>c/o Richard C Alvarez, Older Lundy & Alv<br>3014 West Palmira Avenue, Suite 202<br>Tampa, FL 33629 | Unsecured | History: Details20-104/14/2011Claim #20 filed by Phils Cake Box Bakeries Inc, Amount claimed: $377289.57 (Gonzalez, Maribel )<br>--------------------------------------------------------------------------------* * *<br>20-2 03/14/2016 Amended Claim #20 filed by Phils Cake Box Bakeries Inc, Amount claimed: $214650.17 (Goldstein, Ilene )<br>Details 20-3 03/14/2016 Amended Claim #20 filed by Phils Cake Box Bakeries Inc, | $214,650.17 | $0.00 | 214,650.17 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2014

**Case Number:** 10-52802-ABG  
**Debtor Name:** COLD 2005, INC.

Page: 4

**Date:** September 8, 2016  
**Time:** 10:09:06 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Amount claimed: $214650.17 (Goldstein, Ilene ) | | | |
| 21 610 | YZ Enterprises Inc c/o Erik G Chappell Esq,Lyden Liebenthal & Chappell Ltd,5470 Main Stre Sylvania, OH 43560 | Unsecured | History: Details21-104/15/2011Claim #21 filed by YZ Enterprises Inc, Amount claimed: $329121.71 (Gonzalez, Maribel ) ------------------------------------------------------------------------------* * * 21-2 03/21/2014 Amended Claim #21 filed by YZ Enterprises, Inc., Amount claimed: $91250.00 (Ross, Patrick )  Filed as an unsecured claim. | $91,250.00 | $0.00 | 91,250.00 |
| 22 610 | Mamacita, Inc. c/o Dimonte & Lizak, LLC 216 W. Higgins Rd. Park Ridge, IL 60068 | Unsecured | History: Details22-104/19/2011Claim #22 filed by Mamacita, Inc., Amount claimed: $2050964.51 (DiMonte, Riccardo ) ------------------------------------------------------------------------------* * * 22-2 03/16/2016 Amended Claim #22 filed by Mamacita, Inc., Amount claimed: $2050964.51 (DiMonte, Riccardo ) Details  22-3 04/11/2016 Amended Claim #22 filed by Mamacita, Inc., Amount claimed: $847,519.61 as a general unsecured claim and $1076344.16 as a subordinated general unsecured claim.  (DiMonte, Riccardo )  Must review actual claim as notes on claim register are not quite accurate. | $874,519.61 | $0.00 | 874,519.61 |
| 23 610 | Underwriters Laboratories Inc 333 Pfingsten Road Northbrook, IL 60062 | Unsecured | History: Details23-103/20/2014Claim #23 filed by Underwriters Laboratories Inc, Amount claimed: $4049.00 (Flowers, Michael ) 16803/02/2016Notice of Hearing and Objection to Claim(s) 23 of Underwriters Laboratories, Inc. Filed by Ilene F Goldstein ESQ on behalf of Ilene F Goldstein ESQ. Hearing scheduled for 4/8/2016 at 01:00 PM at North Branch Court (Round Lake Beach) 1792 Nic ole Lane, Round Lake Beach, IL 60073. (Attachments: # 1 Proposed Order)(Goldstein, Ilene) ------------------------------------------------------------------------------* * * 175 04/08/2016 Order Disallowing Claim(s) 23 (RE: 168 Objection to Claim). Signed on 4/8/2016 (Sullivan, Elizabeth) | $0.00 | $0.00 | 0.00 |
| 24 610 | The Standard Companies 2601 S Archer Chicago, IL 60608 | Unsecured | History: Details24-104/03/2014Claim #24 filed by The Standard Companies, Amount claimed: $323.60 (Flowers, Michael ) ------------------------------------------------------------------------------* * * | $323.60 | $0.00 | 323.60 |
| 25 610 | Weimer Bearing and Transmission, Inc. W134 N5368 Campbell Drive Menomonee Falls, WI 53051 | Unsecured | History: Details25-104/24/2014Claim #25 filed by Weimer Bearing and Transmission, Inc., Amount claimed: $4967.99 (Myers, Melissa ) ------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2014

**Case Number:** 10-52802-ABG  
**Debtor Name:** COLD 2005, INC.

Page: 5

**Date:** September 8, 2016  
**Time:** 10:09:06 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 22SUB 630 | Mamacita, Inc.<br>c/o Dimonte & Lizak, LLC<br>216 W. Higgins Rd.<br>Park Ridge, IL 60068 | Unsecured | | $1,076,344.16 | $0.00 | 1,076,344.16 |
| | | | History: Details22-104/19/2011Claim #22 filed by Mamacita, Inc., Amount claimed: $2050964.51 (DiMonte, Riccardo )<br>--------------------------------------------------------------------------------* * * | | | |
| **<< Totals >>** | | | | 2,448,115.90 | 0.00 | 2,448,115.90 |

**TRUSTEE'S PROPOSED DISTRIBUTION**               Exhibit D

Case No.: 10-52802-ABG
Case Name: COLD 2005, INC.
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**                              $          177,597.07

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:            $                0.00
Remaining balance:                                $          177,597.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 27,700.00 | 0.00 | 27,700.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 31,045.00 | 0.00 | 31,045.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 113.63 | 0.00 | 113.63 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 7,793.75 | 0.00 | 7,793.75 |
| Trustee, Fees - Miriam Srein | 2,500.00 | 0.00 | 2,500.00 |

Total to be paid for chapter 7 administration expenses:   $           69,152.38
Remaining balance:                                        $          108,444.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $                0.00
Remaining balance:                                            $          108,444.69

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

|  |  |  |
|---|---:|---:|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 108,444.69 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,302,619.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | I.A.M. National Pension Fund | 28,439.90 | 0.00 | 2,367.67 |
| 2 | I.A.M. National Pension Fund | 7,092.10 | 0.00 | 590.44 |
| 3 | Siko Products | 265.50 | 0.00 | 22.10 |
| 4 | Liebovich | 3,245.09 | 0.00 | 270.16 |
| 5 | Underwriters Laboratories Inc | 4,049.00 | 0.00 | 337.08 |
| 6 | Kiser Controls | 843.65 | 0.00 | 70.23 |
| 7 | Weimer Bearing & Transmission Inc | 5,869.96 | 0.00 | 488.68 |
| 8 | BJ Mold & Die Corp | 5,100.00 | 0.00 | 424.58 |
| 9 | Gordon & Karr LLP a/k/a Karr & Eggert, LLP | 24,980.81 | 0.00 | 2,079.68 |
| 10 | Fluid Power | 1,965.28 | 0.00 | 163.61 |
| 11 | Chicago Chain & Transmission | 1,552.51 | 0.00 | 129.25 |
| 15 | American Express Bank, FSB | 33,944.10 | 0.00 | 2,825.89 |
| 16 | FedEx Freight Inc | 414.52 | 0.00 | 34.51 |
| 17 | Walden Industries, Inc. | 894.80 | 0.00 | 74.49 |
| 18 | Ammeraal Beltech Inc | 1,429.10 | 0.00 | 118.97 |

**UST Form 101-7-TFR (05/1/2011)**

| 19 | Tigmaster | 1,789.66 | 0.00 | 148.99 |
|---|---|---|---|---|
| 20 | Phils Cake Box Bakeries Inc | 214,650.17 | 0.00 | 17,869.89 |
| 21 | YZ Enterprises Inc | 91,250.00 | 0.00 | 7,596.68 |
| 22 | Mamacita, Inc. | 874,519.61 | 0.00 | 72,804.85 |
| 24 | The Standard Companies | 323.60 | 0.00 | 26.94 |

Total to be paid for timely general unsecured claims:  $  108,444.69
Remaining balance:  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,076,344.16 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22SUB | Mamacita, Inc. | 1,076,344.16 | 0.00 | 0.00 |

Total to be paid for subordinated claims:  $  0.00
Remaining balance:  $  0.00

**UST Form 101-7-TFR (05/1/2011)**