# N THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-52802 |
| | ) | |
| Cold 2005, Inc. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

### APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HOWARD GAMER AND PBG FINANCIAL SERVICES LTD., ACCOUNTANTS FOR THE TRUSTEE

Howard Gamer and PBG Financial Services Ltd., accountants for Trustee, pursuant to §330 of the United States Bankruptcy Code, requests the entry of an order allowing and directing payment to Howard Gamer and PBG Financial Services Ltd. an award of $7,793.75 as final compensation for 43.90 hours of accounting services rendered and reimbursement of expenses in the amount of $0.00 during the period October 3, 2014 through May 23, 2016.  In support of its application, Howard Gamer and PBG Financial Services Ltd., respectfully states as follows:

### BACKGROUND REGARDING COMMENCEMENT OF PROCEEDINGS

On November 29, 2010, a voluntary petition under Chapter 7 of the United States Bankruptcy Code was filed by the Debtors ("Code").

### RETENTION OF PBG FINANCIAL SERVICES LTD.

1.  On October 3, 2014 this Court entered an Order granting the Trustee's Motion to Employ Howard Gamer and PBG Financial Services Ltd., as Accountants for the Estate. A copy of said Order is available on the Court's docket.

**ALL SERVICES PERFORMED BY HOWARD GAMER AND PBG FINANCIAL SERVICES LTD. WERE REASONABLE AND NECESSARY**

2. Pursuant to §330 of the Code and the generally applicable criteria with respect to time, nature, extent and value of services performed, all of Howard Gamer's services are compensable and the compensation requested is fair and reasonable. All the accounting services performed by PBG Financial Services Ltd., to date were authorized by this Court and were performed by PBG at the request or direction of the Trustee. There has been no duplication of services by Howard Gamer and PBG Financial Services Ltd., professionals for which compensation is requested herein.

3. An itemized and detailed description of the specific services rendered to the Trustee by Howard Gamer and PBG Financial Services Ltd., are reflected on the billing statement attached hereto as Exhibit A. The billing statement sets forth the initials of the professional and the amount of time spent rendering each service, the day on which such service was rendered and a description of the nature of the services rendered.

**NATURE OF SERVICES PERFORMED BY HOWARD GAMER AND**

**PBG FINANCIAL SERVICES LTD.**

This case was complicated in many areas but for purposes of accounting work the complication was specific and confusing. Cold 2005, Inc. was a successor company to another company called Colborne Corporation. To complicate matters further there was a third company called Colborne Acquisition Company which acquired the assets of Colborne Corporation and/or Cold 2005, Inc. through a foreclosure sale. In this complicated corporate fact pattern Howard Gamer and PBG Financial Services Ltd., reviewed all the documents concerning the Debtor's

transactions and the transfer and/or sale of the assets of the Debtor to attempt and ultimately succeed in filing appropriate tax returns for the period of five years. There were complicated issues dealing with right-offs taken by the Debtor and its owners before, during, and after the foreclosure and the realization of money in the Estate which impacted the previous actions of the previous companies and owners.

In connection with the above services, Howard Gamer and PBG Financial Services Ltd., expended 43.90 hours, for which it seeks compensation in the total amount of $7,793.75 as final compensation for accounting services rendered and reimbursement of expenses in the amount of $0.00. Set forth below is a chart which summarizes the time expended by each professional in this category:

| Professional | Time Spent | Hourly Rate | Total |
|---|---|---|---|
| H. Gamer | 8.00 | $200.00 | $1,600.00 |
| D. Horwitz | 7.45 | $200.00 | $1,490.00 |
| K. Morgen | 0.50 | $200.00 | $ 100.00 |
| M. Singer | 24.45 | $175.00 | $4,278.75 |
| M. Siegel | 1.00 | $175.00 | $ 175.00 |
| S. Levina | 2.50 | $ 60.00 | $ 150.00 |
| | | Total: | $7,793.75 |
| | | Expense: | $    0.00 |
| | | Total: | $7,793.75 |

## **CONCLUSION**

4. The rates charged by Howard Gamer and PBG Financial Services Ltd., in this fee application are its usual and customary rates charged during the period covered by this application for work performed for other clients in both bankruptcy and non-bankruptcy matters.

5. Howard Gamer and PBG Financial Services Ltd., has not entered into an agreement or understanding of any kind, expressed or implied, with any entity to share in its compensation received or to be received by PBG for services rendered to the Trustee in this case.

6. More than 120 days has elapsed since the commencement of this case and PBG Financial Services Ltd., has not filed any prior applications for compensation or reimbursement of expenses.  Accordingly, pursuant to §330 of the Code, PBG Financial Services Ltd., may represent this application for final compensation.

WHEREFORE, Howard Gamer and PBG Financial Services Ltd., requests the entry of an order:

A.  Allowing and directing payment to PBG Financial Services Ltd., final compensation in the amount of $7,793.75 as final compensation for 43.90 hours of accounting services rendered and reimbursement of expenses in the amount of $0.00 for the actual, necessary and valuable professional services rendered to the Trustee during the period of October 3, 2014 through May 23, 2016.

B.  For such other and further relief as this Court deems appropriate.

Respectfully submitted by
Ilene F. Goldstein

By:  /s/ Ilene F. Goldstein

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, Illinois 60062
(847) 562-9595