UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re: )
)
**COLD 2005, INC.** ) Bankruptcy Case No. 10-52802 ABG
) Chapter 7
)
Debtor(s). )

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 9, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

COLD 2005, INC.
28495 BALLARD DR.
LAKE FOREST, IL 60045

DAVID J SCHWAB
RALPH, SCHWAB & SCHIEVER, CHTD
175 E HAWTHORN PKWY STE 345
VERNON HILLS, IL 60061

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

Miriam Stein
30 South Wacker Drive
Suite 2600
Chicago, IL 60606

Barry Chatz
ARNSTEIN & LEHR LLP
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606-3910

PBG Financial Services Inc
666 Dundee Road
Suite 401
Northbrook, IL 60062

1 I.A.M. National Pension Fund
Attn: Joseph P. Martocci Jr.
1300 Connecticut Avenue, NW, Suite 300
Washington, DC 20036

2 I.A.M. National Pension Fund
Attn: Joseph P. Martocci Jr.
1300 Connecticut Avenue, NW, Suite 300
Washington, DC 20036

3 Siko Products
P.O. Box 279
Dexter, MI 48130

4 Liebovich
2116 Preston St.
Rockford, IL 61102

5 Underwriters Laboratories Inc
c/o Legal Department
333 Pfingsten Road
Northbrook, IL 60062

6 Kiser Controls
7045 High Grove Blvd.
Burr Ridge, IL 60527

7 Weimer Bearing & Transmission Inc
P.O. Box 667
Menomonee Falls, WI 53052

8  BJ Mold & Die Corp
   780 Creel Dr.
   Wood Dale, IL 60191

9  Gordon & Karr LLP a/k/a Karr & Eggert, LLP
   2610 Lake Cook Road
   Suite 200
   Riverwoods, IL 60015

10  Fluid Power
   110 Gordon
   Elk Grove Village, IL 60007

11  Chicago Chain & Transmission
   P.O. Box 3516
   Oak Brook, IL 60522-3516

12  Foodbiotics
   28495 Ballard Drive
   Lake Forest, IL 60045

13  Hoskins LLC
   28495 Ballard Drive
   Lake Forest, IL 60045

14  Rich Hoskins
   495 E. Deerpath Rd.
   Lake Forest, IL 60045

15  American Express Bank, FSB
   c o Becket and Lee LLP
   POB 3001
   Malvern, PA 19355-0701

16  FedEx Freight Inc
   PO Box 840
   Harrison, AR 72602

17  Walden Industries, Inc.
   245 Kohl Dr.
   Lake Bluff, IL 60044

18   Ammeraal Beltech Inc
     7501 N. St. Louis Ave.
     Skokie, IL 60076

19   Tigmaster
     9283 First St.
     Baroda, MI 49101

20   Phils Cake Box Bakeries Inc
     c/o Richard C Alvarez, Older Lundy & Alv
     3014 West Palmira Avenue, Suite 202
     Tampa, FL 33629

21   YZ Enterprises Inc
     c/o Erik G Chappell Esq,Lyden
     Liebenthal & Chappell Ltd,5470 Main Stre
     Sylvania, OH 43560

22   Mamacita, Inc.
     c/o Dimonte & Lizak, LLC
     216 W. Higgins Rd.
     Park Ridge, IL 60068

23   Underwriters Laboratories Inc
     333 Pfingsten Road
     Northbrook, IL 60062

24   The Standard Companies
     2601 S Archer
     Chicago, IL 60608

| | |
|---|---|
| 25 | Weimer Bearing and Transmission, Inc.<br>W134 N5368 Campbell Drive<br>Menomonee Falls, WI 53051 |
| 22SUB | Mamacita, Inc.<br>c/o Dimonte & Lizak, LLC<br>216 W. Higgins Rd.<br>Park Ridge, IL 60068 |

/s/ ILENE F. GOLDSTEIN
Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402