# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: COLD 2005, INC.   § Case No. 10-52802
§
§
Debtor(s)   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $199,694.69    Claims Discharged
Without Payment: $2,270,518.83

Total Expenses of Administration: $339,305.31

3) Total gross receipts of $ 539,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $539,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $91,250.00 | $91,250.00 | $91,250.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 339,305.31 | 339,305.31 | 339,305.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 6,772,556.87 | 2,378,963.52 | 108,444.69 |
| **TOTAL DISBURSEMENTS** | $0.00 | $7,203,112.18 | $2,809,518.83 | $539,000.00 |

4) This case was originally filed under Chapter 7 on November 29, 2010. The case was pending for 73 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/15/2017          By: /s/ILENE F. GOLDSTEIN
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| LITIGATION ON ASSET TRANSFERS ETC | 1249-000 | 539,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$539,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Y Z Enterprises, Inc | 4220-000 | N/A | 91,250.00 | 91,250.00 | 91,250.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$91,250.00** | **$91,250.00** | **$91,250.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam Srein | 2100-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 27,700.00 | 27,700.00 | 27,700.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 31,045.00 | 31,045.00 | 31,045.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 113.63 | 113.63 | 113.63 |
| PBG Financial Services Inc | 3410-000 | N/A | 7,793.75 | 7,793.75 | 7,793.75 |

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 38.59 | 38.59 | 38.59 |
| Rabobank, N.A. | 2600-000 | N/A | 23.91 | 23.91 | 23.91 |
| Rabobank, N.A. | 2600-000 | N/A | 40.78 | 40.78 | 40.78 |
| Rabobank, N.A. | 2600-000 | N/A | 53.73 | 53.73 | 53.73 |
| Rabobank, N.A. | 2600-000 | N/A | 75.45 | 75.45 | 75.45 |
| Rabobank, N.A. | 2600-000 | N/A | 78.96 | 78.96 | 78.96 |
| Rabobank, N.A. | 2600-000 | N/A | 101.64 | 101.64 | 101.64 |
| Rabobank, N.A. | 2600-000 | N/A | 115.95 | 115.95 | 115.95 |
| Rabobank, N.A. | 2600-000 | N/A | 114.20 | 114.20 | 114.20 |
| Rabobank, N.A. | 2600-000 | N/A | 158.01 | 158.01 | 158.01 |
| Rabobank, N.A. | 2600-000 | N/A | 154.30 | 154.30 | 154.30 |
| Rabobank, N.A. | 2600-000 | N/A | 156.69 | 156.69 | 156.69 |
| Rabobank, N.A. | 2600-000 | N/A | 194.38 | 194.38 | 194.38 |
| Arthur B. Levine Company | 2300-000 | N/A | 69.75 | 69.75 | 69.75 |
| Rabobank, N.A. | 2600-000 | N/A | 199.96 | 199.96 | 199.96 |
| Rabobank, N.A. | 2600-000 | N/A | 209.61 | 209.61 | 209.61 |
| Rabobank, N.A. | 2600-000 | N/A | 248.29 | 248.29 | 248.29 |
| Rabobank, N.A. | 2600-000 | N/A | 259.10 | 259.10 | 259.10 |
| Rabobank, N.A. | 2600-000 | N/A | 259.25 | 259.25 | 259.25 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 2,309.00 | 2,309.00 | 2,309.00 |
| Rabobank, N.A. | 2600-000 | N/A | 301.38 | 301.38 | 301.38 |
| Rabobank, N.A. | 2600-000 | N/A | 298.00 | 298.00 | 298.00 |
| Rabobank, N.A. | 2600-000 | N/A | 303.17 | 303.17 | 303.17 |
| Rabobank, N.A. | 2600-000 | N/A | 596.44 | 596.44 | 596.44 |
| Rabobank, N.A. | 2600-000 | N/A | 612.09 | 612.09 | 612.09 |
| Arthur B. Levine Company | 2300-000 | N/A | 202.20 | 202.20 | 202.20 |
| Rabobank, N.A. | 2600-000 | N/A | 611.18 | 611.18 | 611.18 |
| Rabobank, N.A. | 2600-000 | N/A | 694.32 | 694.32 | 694.32 |
| Mr. Richard DiMonte | 3210-600 | N/A | 249,452.85 | 249,452.85 | 249,452.85 |
| Mr. Richard DiMonte | 3220-610 | N/A | 9,814.72 | 9,814.72 | 9,814.72 |
| Rabobank, N.A. | 2600-000 | N/A | 477.89 | 477.89 | 477.89 |
| Illinois Department of Revenue | 2820-000 | N/A | 1,139.00 | 1,139.00 | 1,139.00 |
| Rabobank, N.A. | 2600-000 | N/A | 260.19 | 260.19 | 260.19 |
| Rabobank, N.A. | 2600-000 | N/A | 281.36 | 281.36 | 281.36 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 246.59 | 246.59 | 246.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $339,305.31 | $339,305.31 | $339,305.31 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | I.A.M. National Pension Fund | 7100-000 | N/A | 28,439.90 | 28,439.90 | 2,367.67 |
| 2 | I.A.M. National Pension Fund | 7100-000 | N/A | 7,092.10 | 7,092.10 | 590.44 |
| 3 | Siko Products | 7100-000 | N/A | 265.50 | 265.50 | 22.10 |
| 4 | Liebovich | 7100-000 | N/A | 3,245.09 | 3,245.09 | 270.16 |
| 5 | Underwriters Laboratories Inc | 7100-000 | N/A | 4,049.00 | 4,049.00 | 337.08 |
| 6 | Kiser Controls | 7100-000 | N/A | 843.65 | 843.65 | 70.23 |
| 7 | Weimer Bearing & Transmission Inc | 7100-000 | N/A | 5,869.96 | 5,869.96 | 488.68 |
| 8 | BJ Mold & Die Corp | 7100-000 | N/A | 5,100.00 | 5,100.00 | 424.58 |
| 9 | Gordon & Karr LLP a/k/a Karr & Eggert, LLP | 7100-000 | N/A | 24,980.81 | 24,980.81 | 2,079.68 |
| 10 | Fluid Power | 7100-000 | N/A | 1,965.28 | 1,965.28 | 163.61 |
| 11 | Chicago Chain & Transmission | 7100-000 | N/A | 1,552.51 | 1,552.51 | 129.25 |
| 12 | Foodbiotics | 7100-000 | N/A | 158,000.00 | 0.00 | 0.00 |
| 13 | Hoskins LLC | 7100-000 | N/A | 760,000.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | Rich Hoskins | 7100-000 | N/A | 915,000.00 | 0.00 | 0.00 |
| 15 | American Express Bank, FSB | 7100-000 | N/A | 33,944.10 | 33,944.10 | 2,825.89 |
| 16 | FedEx Freight Inc | 7100-000 | N/A | 414.52 | 414.52 | 34.51 |
| 17 | Walden Industries, Inc. | 7100-000 | N/A | 894.80 | 894.80 | 74.49 |
| 18 | Ammeraal Beltech Inc | 7100-000 | N/A | 1,429.10 | 1,429.10 | 118.97 |
| 19 | Tigmaster | 7100-000 | N/A | 1,789.66 | 1,789.66 | 148.99 |
| 20 | Phils Cake Box Bakeries Inc | 7100-000 | N/A | 377,289.57 | 214,650.17 | 17,869.89 |
| 21 | YZ Enterprises Inc | 7100-000 | N/A | 329,121.71 | 91,250.00 | 7,596.68 |
| 22 | Mamacita, Inc. | 7100-000 | N/A | 2,050,964.51 | 874,519.61 | 72,804.85 |
| 23 | Underwriters Laboratories Inc | 7100-000 | N/A | 4,049.00 | 0.00 | 0.00 |
| 24 | The Standard Companies | 7100-000 | N/A | 323.60 | 323.60 | 26.94 |
| 25 | Weimer Bearing and Transmission, Inc. | 7100-000 | N/A | 4,967.99 | 0.00 | 0.00 |
| 22SUB | Mamacita, Inc. | 7400-000 | N/A | 2,050,964.51 | 1,076,344.16 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $6,772,556.87 | $2,378,963.52 | $108,444.69 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-52802  
**Case Name:** COLD 2005, INC.  

**Period Ending:** 01/15/17

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 11/29/10 (f)  
**§341(a) Meeting Date:** 01/20/12  
**Claims Bar Date:** 05/01/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2005 Lexus LS430 Titled jointly with Richard Hos<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 35  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | None - All assets foreclosed by Lake Forest Bank<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 35 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | None - All assets foreclosed by Lake Forest Bank<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 35 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | None - All assets foreclosed by Lake Forest Bank<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 35 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | LITIGATION ON ASSET TRANSFERS ETC  (u)<br>   tHERE IS PENDING A LAWSUIT IN DISTRICT<br>COURT SURROUNDING THE CIRCUMSTANCES<br>OF ASSET TRANFER FROM THE DEBTOR TO A<br>NEW ENTITY.  (See Footnote) | Unknown | Unknown | | 539,000.00 | FA |
| 6 | asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 6 | **Assets   Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$539,000.00** | **$0.00** |

RE PROP# 1     STATUS:  This case involved a very complicated lawsuit which has only been settled in 2014.  Due to
the size of the debt the Trustee made a determination that this vehicle would have no significant
impact on a distribution if no other funds were to come in as their were over $4 million of claims
filed.  The litigation case has now been resolved  and the Trustee will now determine if its worth
pursuing this asset.  If it is not the Trustee will file a Motion to Abandon.

RE PROP# 5     STATUS: THE TRUSTEE BECAME THE SUCCESSOR TRUSTEE TO MARIAM STEIN ON DECEMBER 15, 2011.  THE TRUSTEE
FILED A MOTION TO TSETTLE THIS CAUSE OF ACTION AND IT WAS HEARD ON JANUARY 31, 2014.

---

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE SETTLED A LARGE LITIGATION AGAINST A SUCCESSOR COMPANY IN THE DISTRICT COURT.  THE PAYOUT ON THE
SETTLEMENT INITIALLY SPANED 24 MONTHS WITH A FINAL PAYMENT MIDYEAR 2016.  THE TRUSTEE HAS RECENTLY RESOLVED AND COLLECTED THE
REMAINING BALANCE RECEIVING THE FUNDS ON DECEMBER 8, 2015.   THE TRUSTEE HAS FILED TAX RETURNS AND HAS ONE REMAINING FINAL TAX
RETURN TO FILE NOW THAT ALL THE FUNDS HAVE BEEN RECEIVED.  THE TRUSTEE IS NOW ANALYZING CLAIMS AND REVIEWING THE FINAL FEE
PETITION OF SPECIAL COUNSEL AND THEN WILL BE ABLE TO CLOSE THE ESTATE.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-52802  
**Case Name:** COLD 2005, INC.

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 11/29/10 (f)  
**§341(a) Meeting Date:** 01/20/12  

**Period Ending:** 01/15/17

**Claims Bar Date:** 05/01/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2013     **Current Projected Date Of Final Report (TFR):** August 30, 2016

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-52802 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | COLD 2005, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0266 - Checking Account |
| Taxpayer ID #: | **-***1200 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/15/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/10/14 | {5} | Colburne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 100,000.00 | | 100,000.00 |
| 03/12/14 | 101 | Y Z Enterprises, Inc | Settlement Payment per Court Order | 4220-000 | | 91,250.00 | 8,750.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.59 | 8,711.41 |
| 04/08/14 | {5} | Colborn | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 18,711.41 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.91 | 18,687.50 |
| 05/01/14 | {5} | Colurne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 28,687.50 |
| 05/30/14 | {5} | Colburn | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 38,687.50 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.78 | 38,646.72 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.73 | 38,592.99 |
| 07/01/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 48,592.99 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.45 | 48,517.54 |
| 08/05/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 58,517.54 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.96 | 58,438.58 |
| 09/05/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 68,438.58 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.64 | 68,336.94 |
| 10/01/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 78,336.94 |
| 10/31/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 88,336.94 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.95 | 88,220.99 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.20 | 88,106.79 |
| 12/01/14 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 98,106.79 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.01 | 97,948.78 |
| 01/02/15 | {5} | Colborne | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 10,000.00 | | 107,948.78 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 154.30 | 107,794.48 |
| 02/02/15 | {5} | Colborne | Acct #001; Payment #11; Settlement Payment | 1249-000 | 10,000.00 | | 117,794.48 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 156.69 | 117,637.79 |
| 03/02/15 | {5} | Colborne | Acct #001; Payment #12; Settlement of Law suit | 1249-000 | 10,000.00 | | 127,637.79 |

Subtotals :   $220,000.00   $92,362.21

{} Asset reference(s)

Printed: 01/15/2017 02:13 PM    V.13.29

# FORM 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-52802 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
| Case Name: | COLD 2005, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0266 - Checking Account |
| Taxpayer ID #: | **-***1200 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/15/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.38 | 127,443.41 |
| 04/01/15 | {5} | Colborne | Acct #001; Payment #13; Settlemtnt Proceeds | 1249-000 | 12,000.00 | | 139,443.41 |
| 04/03/15 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #10-52802, Bond | 2300-000 | | 69.75 | 139,373.66 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.96 | 139,173.70 |
| 05/01/15 | {5} | Colborne | Acct #001; Payment #14; Settlement payment | 1249-000 | 12,000.00 | | 151,173.70 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.61 | 150,964.09 |
| 06/01/15 | {5} | Colorne | Acct #001; Payment #15; Settlement | 1249-000 | 12,000.00 | | 162,964.09 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 248.29 | 162,715.80 |
| 07/01/15 | {5} | Colborne | Acct #001; Payment #16; SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 12,000.00 | | 174,715.80 |
| 07/31/15 | {5} | Colborne | Acct #001; Payment #17; SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 12,000.00 | | 186,715.80 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 259.10 | 186,456.70 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 259.25 | 186,197.45 |
| 09/01/15 | {5} | Colborne | Acct #001; Payment #18; Settlement from Debtor | 1249-000 | 12,000.00 | | 198,197.45 |
| 09/15/15 | 103 | ILLINOIS DEPARTMENT OF REVENUE | Taxes | 2820-000 | | 2,309.00 | 195,888.45 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 301.38 | 195,587.07 |
| 10/01/15 | {5} | Colborne | Acct #001; Payment #19; Settlement from Debtor | 1249-000 | 12,000.00 | | 207,587.07 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 298.00 | 207,289.07 |
| 11/02/15 | {5} | Colbourne | Acct #001; Payment #20; SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 12,000.00 | | 219,289.07 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 303.17 | 218,985.90 |
| 12/01/15 | {5} | Colborne | Acct #001; Payment #21; SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | 12,000.00 | | 230,985.90 |
| 12/08/15 | | COLBORNE | Acct #001; Payment #22, 23, 24, 25; SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | | 211,000.00 | | 441,985.90 |
| | {5} | | Acct #001; Payment #22;     12,000.00 SETTLEMENT FROM | 1249-000 | | | 441,985.90 |

Subtotals :        $319,000.00        $4,651.89

{} Asset reference(s)

Printed: 01/15/2017 02:13 PM        V.13.29

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 10-52802 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | COLD 2005, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0266 - Checking Account |
| Taxpayer ID #: | **-***1200 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/15/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | DEBTOR FOR FRAUDULENT TRANSFERS | | | | |
| | {5} | | Acct #001; Payment #23; 12,000.00 SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | | | 441,985.90 |
| | {5} | | Acct #001; Payment #24; 12,000.00 SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | | | 441,985.90 |
| | {5} | | Acct #001; Payment #25; 175,000.00 SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1249-000 | | | 441,985.90 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 596.44 | 441,389.46 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 612.09 | 440,777.37 |
| 02/22/16 | 104 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #10-52802 | 2300-000 | | 202.20 | 440,575.17 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 611.18 | 439,963.99 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 694.32 | 439,269.67 |
| 04/13/16 | 105 | Mr. Richard DiMonte | Attorney Fees Special Counsel | 3210-600 | | 249,452.85 | 189,816.82 |
| 04/13/16 | 106 | Mr. Richard DiMonte | Attorney Fees Special Cousel Expenses | 3220-610 | | 9,814.72 | 180,002.10 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 477.89 | 179,524.21 |
| 05/27/16 | 107 | Illinois Department of Revenue | Income Tax | 2820-000 | | 1,139.00 | 178,385.21 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 260.19 | 178,125.02 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 281.36 | 177,843.66 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 246.59 | 177,597.07 |
| 10/11/16 | 108 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $27,700.00, Trustee Compensation; Reference: | 2100-000 | | 27,700.00 | 149,897.07 |
| 10/11/16 | 109 | PBG Financial Services Inc | Dividend paid 100.00% on $7,793.75, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 7,793.75 | 142,103.32 |
| 10/11/16 | 110 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $31,045.00, Attorney for Trustee Fees (Trustee Firm); | 3110-000 | | 31,045.00 | 111,058.32 |

Subtotals :    $0.00    $330,927.58

{} Asset reference(s)    Printed: 01/15/2017 02:13 PM    V.13.29

## Form 2
### Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-52802  
**Case Name:** COLD 2005, INC.  
**Taxpayer ID #:** **-***1200  
**Period Ending:** 01/15/17

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: | | | | |
| 10/11/16 | 111 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $113.63, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 113.63 | 110,944.69 |
| 10/11/16 | 112 | Miriam Srein | Dividend paid 100.00% on $2,500.00, Trustee Compensation; Reference: | 2100-000 | | 2,500.00 | 108,444.69 |
| 10/11/16 | 113 | I.A.M. National Pension Fund | Dividend paid 8.32% on $28,439.90; Claim# 1; Filed: $28,439.90; Reference: | 7100-000 | | 2,367.67 | 106,077.02 |
| 10/11/16 | 114 | I.A.M. National Pension Fund | Dividend paid 8.32% on $7,092.10; Claim# 2; Filed: $7,092.10; Reference: | 7100-000 | | 590.44 | 105,486.58 |
| 10/11/16 | 115 | Siko Products | Dividend paid 8.32% on $265.50; Claim# 3; Filed: $265.50; Reference: | 7100-000 | | 22.10 | 105,464.48 |
| 10/11/16 | 116 | Liebovich | Dividend paid 8.32% on $3,245.09; Claim# 4; Filed: $3,245.09; Reference: | 7100-000 | | 270.16 | 105,194.32 |
| 10/11/16 | 117 | Underwriters Laboratories Inc | Dividend paid 8.32% on $4,049.00; Claim# 5; Filed: $4,049.00; Reference: | 7100-000 | | 337.08 | 104,857.24 |
| 10/11/16 | 118 | Kiser Controls | Dividend paid 8.32% on $843.65; Claim# 6; Filed: $843.65; Reference: | 7100-000 | | 70.23 | 104,787.01 |
| 10/11/16 | 119 | Weimer Bearing & Transmission Inc | Dividend paid 8.32% on $5,869.96; Claim# 7; Filed: $5,869.96; Reference: | 7100-000 | | 488.68 | 104,298.33 |
| 10/11/16 | 120 | BJ Mold & Die Corp | Dividend paid 8.32% on $5,100.00; Claim# 8; Filed: $5,100.00; Reference: | 7100-000 | | 424.58 | 103,873.75 |
| 10/11/16 | 121 | Gordon & Karr LLP a/k/a Karr & Eggert, LLP | Dividend paid 8.32% on $24,980.81; Claim# 9; Filed: $24,980.81; Reference: | 7100-000 | | 2,079.68 | 101,794.07 |
| 10/11/16 | 122 | Fluid Power | Dividend paid 8.32% on $1,965.28; Claim# 10; Filed: $1,965.28; Reference: | 7100-000 | | 163.61 | 101,630.46 |
| 10/11/16 | 123 | Chicago Chain & Transmission | Dividend paid 8.32% on $1,552.51; Claim# 11; Filed: $1,552.51; Reference: | 7100-000 | | 129.25 | 101,501.21 |
| 10/11/16 | 124 | American Express Bank, FSB | Dividend paid 8.32% on $33,944.10; Claim# 15; Filed: $33,944.10; Reference: | 7100-000 | | 2,825.89 | 98,675.32 |
| 10/11/16 | 125 | FedEx Freight Inc | Dividend paid 8.32% on $414.52; Claim# 16; Filed: $414.52; Reference: | 7100-000 | | 34.51 | 98,640.81 |
| 10/11/16 | 126 | Walden Industries, Inc. | Dividend paid 8.32% on $894.80; Claim# 17; Filed: $894.80; Reference: | 7100-000 | | 74.49 | 98,566.32 |
| 10/11/16 | 127 | Ammeraal Beltech Inc | Dividend paid 8.32% on $1,429.10; Claim# 18; Filed: $1,429.10; Reference: | 7100-000 | | 118.97 | 98,447.35 |
| 10/11/16 | 128 | Tigmaster | Dividend paid 8.32% on $1,789.66; Claim# 19; Filed: $1,789.66; Reference: | 7100-000 | | 148.99 | 98,298.36 |
| 10/11/16 | 129 | Phils Cake Box Bakeries Inc | Dividend paid 8.32% on $214,650.17; Claim# | 7100-000 | | 17,869.89 | 80,428.47 |

Subtotals : $0.00    $30,629.85

{} Asset reference(s)

Printed: 01/15/2017 02:13 PM    V.13.29

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-52802
**Case Name:** COLD 2005, INC.

**Taxpayer ID #:** **-***1200
**Period Ending:** 01/15/17

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** Rabobank, N.A.
**Account:** ******0266 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 20; Filed: $377,289.57; Reference: | | | | |
| 10/11/16 | 130 | YZ Enterprises Inc | Dividend paid 8.32% on $91,250.00; Claim# 21; Filed: $329,121.71; Reference: | 7100-000 | | 7,596.68 | 72,831.79 |
| 10/11/16 | 131 | Mamacita, Inc. | Dividend paid 8.32% on $874,519.61; Claim# 22; Filed: $2,050,964.51; Reference: | 7100-000 | | 72,804.85 | 26.94 |
| 10/11/16 | 132 | The Standard Companies | Dividend paid 8.32% on $323.60; Claim# 24; Filed: $323.60; Reference: | 7100-000 | | 26.94 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **539,000.00** | **539,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **539,000.00** | **539,000.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$539,000.00** | **$539,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0266** | **539,000.00** | **539,000.00** | **0.00** |
| | **$539,000.00** | **$539,000.00** | **$0.00** |

{} Asset reference(s)

Printed: 01/15/2017 02:13 PM  V.13.29